**Order entered October 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01125-CV

### IN THE INTEREST OF E.P.S. AND X.Z.S., CHILDREN

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30153-2016**

## ORDER

Before the Court is court reporter LaTresta Ginyard's September 26, 2019 request for a thirty-day extension of time to file the record. She explains the extension is necessary because appellant has requested twenty dates of proceedings be included in the record, and the different reporters involved need to be located. Because this is an accelerated appeal in a parental termination case, we **GRANT** the request to the extent we **ORDER** the record be filed no later than October 14, 2019. *See* TEX. R. APP. P. 28.4(b)(2), 35.3(c).


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE